IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

    vs.                          :    **CIVIL NO: C-1-00-308**

**THOMAS E. SHEEHY,**

      **Defendant.**

## SATISFACTION OF JUDGMENT

The judgment in the above-entitled case is deemed satisfied upon a determination that the debt owed the United States of America ceases to exist. The debt has been cancelled following a finding that the Defendant died September 6, 2003. Therefore, as the underlying debt ceases to exist, the Clerk of the United States District Court for the Southern District of Ohio is, therefore, authorized and empowered to satisfy said judgment of record.

                                                    Respectfully submitted,

                                                    GREGORY G. LOCKHART
                                                    United States Attorney

                                                    s/Deborah F. Sanders
                                                    DEBORAH F. SANDERS (0043575)
                                                    Assistant United States Attorney
                                                    Attorney for Plaintiff
                                                    303 Marconi Boulevard, Suite 200
                                                    Columbus, Ohio  43215
                                                    (614) 469-5715
                                                    Fax:  (614) 469-5240
                                                    Deborah.Sanders @usdoj.gov

N:\_ECF Workload\DSanders\sheehy satifaction - death.wpd